IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KAMAL K. ROY, <br> Also known as Joseph Geronimo, Jr., also <br> known as Reforms International, <br>           Plaintiff, <br><br> v. <br><br> UNKNOWN DEFENDANT, <br>           Defendant. | No. 3:10-CV-2550-K |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court. Plaintiff's filing of March 29, 2011, which the Clerk was directed by the 5th Circuit to treat as a Notice of Appeal, and which this Court treats as Objections to the Findings, Conclusions and Recommendation of the Magistrate Judge, are hereby **OVERRULED**.

Signed April 7th, 2011.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE